**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**
**in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA**

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 DEC 16  A 10: 14

CLERK_____
SO. DIST. OF GA.

CV422  200

NATHAN AVERY ROACH

_____

_____

_____

(Enter above full name of plaintiff or plaintiffs)

v.

Liberty County Jail
Captain M°Eady
Major Krumnow
Lieutenant Barnes

(Enter above full name of defendant or defendants)

I.   Previous lawsuits

A.   Have you begun other lawsuits in state or federal court dealing with the same facts
     involved in this action?                        Yes _____ No __✓__

     If your answer to A is yes, describe each lawsuit in the space below. (If there is more
     than one lawsuit, describe the additional lawsuits on another piece of paper, using the
     same outline.)

     1.   Parties to this previous lawsuit:

          Plaintiffs:    _____

          Defendants:    _____
                         _____

     2.   Court (if federal court, name the district; if state court, name the county):

          _____

     3.   Docket number:      _____

     4.   Name of judge assigned to case:   _____

5.  Disposition
    (for example, was the case dismissed? appealed? is it still pending?):

    _____

6.  Approximate date of filing lawsuit: _____

7.  Approximate date of disposition: _____

8.  Were you allowed to proceed *in forma pauperis* (without prepayment of
    fees)?                                    Yes _____ No _____

B.  While incarcerated or detained in any facility, have you brought any lawsuits in
    federal court which deal with facts other than those involved in this action?
                                               Yes _____ No ✓

    If your answer to B is yes, describe each lawsuit in the space below. (If there is more
    than one lawsuit, describe the additional lawsuits on another piece of paper, using the
    same outline.)

1.  Parties to previous lawsuit:

    Plaintiffs:      _____

    Defendants:      _____
                     _____

2.  Court (name the district):

    _____

3.  Docket number:       _____

4.  Name of judge assigned to case: _____

5.  Disposition
    (for example, was the case dismissed? appealed? is it still pending?):

    _____

6.  Approximate date of filing lawsuit: _____

2

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)? Yes _____ No _____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim? Yes _____ No ✔

1. If your answer to C is yes, name the court and docket number for each case:

_____   _____
_____   _____
_____   _____

II. Place of present confinement: _Liberty County Jail_

A. Is there a prisoner grievance procedure in this institution? Yes ✔ No ____

B. Did you present the facts relating to your complaint to the appropriate grievance committee? Yes ✔ No ____

C. If your answer to B is yes:

1. What steps did you take? _I spoke with multiple officers about injuries and concerns, I filed multiple grievances on Inmate request forms, I wrote letters to the Internal Affairs, I have constantly requested to speak with the Captain of the jail but the request was ignored_

2. What was the result? _No results, that I am aware of_
_____
_____
_____
_____

3

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?  Yes ✓  No ____

If yes, what was the result? _No results, that I am aware of_
_____
_____
_____

D. If you did not utilize the prison grievance procedure, explain why not: ____
_____
_____
_____


III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: _Nathan Avery Roach_
Address: _____
_____
_____

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: _Captain McCady_
Position: _Captain of Liberty County Jail_
Place of employment: _Liberty County Jail_
Current address: _180 Paul Sikes Drive Hinesville, Ga 31313_

C. Additional defendants: _Major Krumpow - Head of Security -_
_Liberty County Jail - 180 Paul Sikes Drive Hinesville, Ga 31313_
_Lieutenant Barnes - Lieutenant over guards -_
_Liberty County Jail - 180 Paul Sikes Drive Hinesville, Ga 31313_
_____
_____
_____

4

# PLAINTIFF

Plaintiff Nathan Roach, is and was at all times mentioned herein a prisioner of the State of Georgia in the custody of Liberty County Jail. He is currently confined in Liberty County Jail in Hinesville, Ga.

# DEFENDANTS

Defendant Mc Eady is the Captain of Liberty County Jail. He is leeally responsible for the operation of Liberty Jail and for the Welfare of all the inmates of that jail.

Defendant Krumnow is the Major of Liberty County Jail. He is leeally responsible for the Security and operation of Liberty County Jail and for the Welfare of all the inmates of that jail.

Defendant Barnes is a Lieutenant of Liberty County Jail who, at all times mentioned in this complaint, held rank of prison/jail euard and assigned to Liberty County Jail.

Each defendant is sued individulle and in his/her individual capacity and Official Capacity. Defendant(S) acted Under the color of State law.

## IV. A    Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

It is in My belief that Multiple Constitutional Rights and/or multiple Human Rights have been Continuously Violated during the following Incidents. Oct 28th 2022 - Around 3:20 pm/4:20 pm Inside Liberty County Jail - Tower 1 (one) - Bay "C". I slipped on, Upon information and belief, small rocks/rubble/cement pieces from which was left by the facility's maintenance group who was recently working inside Bay "C". Upon impact of the slip and fall, it was said that I began to Shake uncontrollably, undergoing a Siezure or Stroke. This was said by in-person eye witness Officer Ramsey. - Witness of slip and fall, Officer Ramsey. I was then placed in a wheel chair and transported to facility's clinic where I was said to have been briefly examined. Then, while still in a wheelchair, I was called from the clinic to cell or room "W37", A room with a camera for a short period of time, then to "W25", A room without a camera, for a much longer Unaccounted time period. It was in "W25" when, upon belief, I had another Unsupervised Siezure or Stroke. Once I regained conscience, I realised I had Vomit on myself and also Urinated myself during Siezure or Stroke.

# IV B. Statement of Claim

Officer Brown arrived and rolled me back to room "W37" then arrived Lieutenant Barnes, medical staff Dixon, and other officers. Lieutenant Barnes asked, "Why did I ~~urinate~~ urinate myself or did I spill something on my inmate jumpsuit?" I responded by saying, "Please take me to the hospital." -Repeatedly.

Then Officer Brown began to roll me out of "W37". I then began repeating the statement, "I want to contact an attorney." Both requests were denied/ignored. Being rolled by Officer Brown and Lieutenant Barnes I heard Lieutenant Barnes say, "Just dump his ass on the ~~floor~~!"
§ 23A

Once we reached the "Corner Holding" cell Officer Brown, upon belief, Underhandedly grabbed the wheelchair, throwing me into the "Corner Holding" cell.
§ 23A

Lieutenant Barnes came a few times taking pictures and or videos with a phone, ridiculing me saying, "Look at him, laying there in his piss." I layed there, unable to move my left Arm and left leg and Struggling to breathe. Lieutenant Barnes came by with other officers laughing saying, "Get up ROACH, Get up!"

IV C. Statement of Claim

Some time had went by I was still
laying there, Struggling to breathe.
Lieutenant Barnes came to the door with
a member of the medical staff and asked,
"Do you want your medication?" I replied,
"Yes." Lieutenant Barnes said, "Then you
will have to get up." I said, "I can't,
I can not breathe, I need my breathing
treatment." Lieutenant Barnes responded,
"Nope, not until you sit up." Her and the
medical staff then walked away. Lieutenant
Barnes came a second time asking, "Do you
want your medication?" I said, "Yes." She
said, "then sit up". I then asked, "Can you
please assist me in ~~sitting~~ sitting up so I
can take my medication." She then replied,
"Oh hell naw!, you got me fucked up, and IM
not asking any of my officers to come in and
help you niether!" I then attempted to sit up
but could not, then Lieutenant Barnes and
the nurse left again. After a while I managed
to sit up. Eventually Lieutenant Barnes came ~~again~~
again with Nurse Hall and I recieved my medication.
I then turned to the nurse and asked, "How could ya'll-

## IV D. Statement of Claim

- Clear this?" Pointing at the two huge
noticeable Knots on my head that came from,
upon belief and information, the slip and fall
and siezure or stroke. The nurse looked at
the Knot and responded, "Oh my God, I didnt
See that before. I was then taken back to
the facilitys clinic to be examined again.
Oct 23rd. Cruel and Unusual punishment
from Staff/condition of confinement.
See Exhibit #2 for facts and details
Oct 28th. Condition of Confinement/
Negligence / Excessive force/
See Exhibit #2 for facts and details
Nov 1st. Upon belief and information, A violation
of my first Amendent occured. See Exhibit #2
for facts and details.
Nov 3rd. Violation of Eighth Amendment/
Negligence/violation of right to safe and humane
conditions. See Exhibit #2.1 facts and details.
Nov. 7th. Negligence / Violation of Eighth Amendment
See Exhibit 2.1 for facts and details.
Nov. 11th. Negligence from staff. Violation of
Eighth Amendment. See Exhibit #3 for facts
and detait details.

# LEGAL CLAIMS

Plaintiff reallege and incorporate by reference documents; IV.A - IV.D

Defendant Barnes displayed negligence and gave the command for excessive force against Plaintiff Nathan Roach when Roach was not violating any prison rule. See doc. IV.B for details. Defendant Barnes violated Plaintiff Roach's right under the Eighth Amendment to the United States Constitution, and caused Plaintiff Roach pain, suffering, physical injury and emotional distress.

Defendant McEady failed to provide Humane Conditions in prison/jail when Plaintiff Roach slip and fell multiple times while confined in Liberty County Jail. Plaintiff Roach was forced to eat, sleep, and remain in a known inhumane condition multiple times. Defendant McEady violated Plaintiff Roach's right under the Eighth Amendment to the United States Constitution, and caused plaintiff Roach pain, suffering, physical injury and emotional distress. - See doc. IV.A - IV.D for details.

# LEGAL CLAIMS

Defendant Krumnow failed to provide Humane conditions in prison/jail when Plaintiff ROACH Slip and fell multiple times while confined in Liberty County Jail. Plaintiff ROACH was forced to eat, sleep, and remain in a known inhumane condition multiple times. Defendant Krumnow Violated plaintiff ROACH's right Under the Eighth Amendment to the United States Constitution, and caused Plaintiff ROACH, pain, suffering, physical injury, and emotional distress.

See doc. IV. A - IV. D for details.

Defendant Liberty County Jail failed to provide Humane conditions in prison/Jail when Plaintiff ROACH slip and fell multiple times while confined in Liberty County Jail. Defendant Violated Plaintiff ROACH's right under the, First Amendment to the United States Constitution, and the Eighth Amendment to the United States Constitution, and caused Plaintiff ROACH pain, suffering, physical injury, and Emotional distress.

# LEGAL CLAIMS

Plaintiff ROACH has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which plaintiff seeks.

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

WHEREFORE, plaintiff respectfully pray that this court enter judgment: Granting Plaintiff ROACH a declaration that the acts and omissions described herein violate his rights under the Constitution and laws of the United States, and - A preliminary and permanent injunction ordering defendants Barnes, to cease the actions made twords Plaintiff ROACH and - Granting Plaintiff ROACH compensatory damages in the amount of $85,000 against each defendant, jointly and severally. - Plaintiff ROACH seeks punitive damages in the amount of $85,000. Plaintiff ROACH seeks these damages against each defendant, jointly and severally. - Plaintiff also seek a jury trial on all issues triable by jury, - Plaintiff also seek recovery of thier cost in this suit and - Any additional relief this court deems just, proper, and equitable.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 7th day of DEC., 2022 19.

Prisoner No. 115252

_____
(Signature of Plaintiff)

6

Exhibit # 1

2022

Aug. 8th - Slip and fall due to officer spilling juice - Around 11:48 AM - location - tower 2-B. Officer Ford was the jailer who spilled the juice - rolled into wall or something - staff laughed EMS arrived after laying in med cell - went to hospital for xrays Ect.

Aug 13th - I was denied medical mat "thicker mat" after returning from hospital from slip and fall

Aug 14th, 16th, 17th, 19th - Complaints of pains

Aug 22nd - Complain about numbness in legs

Aug 22nd - Moved to medical cell 11 - verbal complaints about cell's condition

Aug 27th - Complaint about Medical Cell 11 condition no running water, Major plumbing issue, toilet water sewage water comes up whenever myself or niechboring cells 14, 13, 10 flushes their toilets

Sep 9th - requested therapy for pains in my back, outside therapy denied

around 4:10 PM Sep 16th 15th - forced to mop walls in "Work release" dorm Unit while in pain from previous incidents. floor officer said if I didn't do it that there will be "worst consequences."

Oct 1st request to contact an attorney "denied"

Oct 14th - I sat down in newly installed shower chair, shower chair broke and I Hit my Head (improperly installed)

Exhibit 2 #

2022

**Oct 23rd** - I underwent Cruel and Unusual punishment from staff. Placed in suicide cell that had poop in the middle of the cell. Officers ignored my plea to clean it up. I was forced to eat and sleep inches away from poop.

**Oct 28th** - Slip and fall due to cement rubble, dust, small rocks that was left behind after maintenance ceiling project. Head injuries. Siezure or stroke happened after impact. Officer Ramsey witness claims I was shaking uncontrollably - physicians failed to adequately treat me for signs of concussions, stroke, or seizure which later caused an unsupervised stroke or siezure in room "W25" - placed in P-5. No water

**Nov 1st** - Around 3:20 pm / 4:20 pm Postcard addressed to Internal Affairs was denied to be mailed, because of information it contained. Officer tried to make me white out information. Postcard given to officer ▂▟▛ 6:43 AM

**Nov 6th** - Denied P.M medication. Multiple attempts made to address issue in which all was ignored - I was not asked if I wanted to take PM medication (per usual)

Exhibit #2.1

Nov 3rd - Deprived of water and food - medication requires to be taken with food - cell still does Not have water D-5 / Styrofoam AM tray of food brought around 8:30AM, tried to save food to take with medication but Officer took full tray of food around 9:20 AM medication came around 10AM - forced to take medication without food - continuously Vomit for 2 days

Nov. 3rd - Deprived of breathing treatment after requesting breathing treatment multiple times to Floor Officers and Sgt. Brown - No Breathing treatment given at all that day - Breathing treatment perscribed be "provider" Head physician

Nov. 7th - Slip and fall coming out of Shower due to no floor pannel "Shower Pannel" Hit Head on toilet - intially denied to be taken to medical after showing officer the very noticable Knot. Examined by medical hours later because of diabetic check

Nov. 9th - Called to See Head physician "Provider" about injuries and symptoms, had to return because I didnt have my notes. could Not Remember dates of injuries. I was to return that afternoon with notes - I was never called back to see provider.

Exhibit #3

2022

**Nov 11th** - Denied breathing treatment, after what was assumed to be an asthma Attack. Asthma Attack time around 6:40 Am. Staff was notified at beginning of the shift While in route to and from diabetic check that I needed breathing treatment. Throughout the shift I requested one but was constantly denied by both floor Officers that worked tower 2 - Their excuse when asked "We're too busy and Understaffed to take you for your breathing treatment." Officer Sanders/Hamlin

**Nov. 15th** - Still being denied my right to speak with and or Contact an attorney - Being denied phone calls to call an attorney - Being denied Store Order Sheets, to order mailing Items, to write attorney.

**Nov. 23rd** Spoke with Cpt McEady around at 10AM about jail misconduct From staff and ask him Why cant I use the phone Still - His response was "CALL an attorney" Around 10pm I spoke Sgt Lizen letting him know I still was being denied phone privileges

To the recievers of this complaint:

If it is at all possible, can someone please mail a copy of this entire complaint back to me so I may have one for my records?

The facility that I'm in is refusing to make me a copy in hopes of Delaying or stopping the process

Nathan ROACH inmate #115252
180 PAUL SIKES Drive
Hinesville, GA 31313

This File should Contain 20 pages including this sheet.

Nathan Romona

180 PAUL SIKES Drive

Hinesville, GA 31313

Liberty County Jail
180 Paul Sikes Dr.
Hinesville, GA 31313

United States

District Court, PO Box 8286,

Savannah, GA 31412

LEGAL
MAIL



REOPENED By INMATE JML