IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| NATHAN AVERY ROACH, | |
| Plaintiff, | CIVIL ACTION NO.: 4:22-cv-299 |
| v. | |
| LIEUTENANT BARNES, et al., | |
| Defendants. | |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's January 9, 2024, Report and Recommendation, (doc. 46), to which plaintiff has not filed an objection.  The Court **ADOPTS** the Report and Recommendation as its opinion.  Defendants' Motion to Dismiss is **GRANTED**.  (Doc. 29.)  Plaintiff's Amended Complaint is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 29th day of January, 2024.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA