AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

NATHAN AVERY ROACH,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:22-cv-299

LIEUTENANT BARNES, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated January 29, 2024, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion. Therefore, Defendants' Motion to Dismiss is granted and Plaintiff's Amended Complaint is dismissed. This action stands closed.

Approved by: _____

January 30, 2024
*Date*

John E. Triplett, Clerk of Court
*Clerk*

(By) Deputy Clerk

GAS Rev 10/2020